**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID ROGERS, ET AL., | ) |
| Plaintiffs, | ) Case No. 2012 CV 07220 |
| v. | ) Judge Edmond E. Chang |
| FORD MOTOR COMPANY, | ) Magistrate Weisman |
| Defendant. | ) |

**DEFENDANT FORD MOTOR COMPANY'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Ford Motor Company moves for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) on all of Plaintiff David Rogers' remaining claims. The reasons for this Motion are set forth in detail in the accompanying Memorandum of Law.

This Motion is timely because it is filed by noon on January 21, 2020, the deadline agreed to by the parties and ordered by the Court. *See* 1/16 PM 2 Tr., at 18, 23.

Dated: January 20, 2020

        Respectfully submitted,

        **BERKOWITZ OLIVER LLP**

By: /s/ Blaine H. Evanson

    Kathleen M. Nemecheck      ARDC #50139
    Jocelyn A. Villaneuva   *Admitted Pro Hac Vice*
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: (816) 561-7007
    Facsimile: (816) 561-1888
    E-Mail:   knemecheck@berkowitzoliver.com
                 jvillanueva@berkowitzoliver.com

    Mark H. Boyle           ARDC #6200934
    Karen Kies DeGrand      ARDC #6191140
    Curtiss Schreiber
    Donohue Brown Mathewson & Smyth LLC
    140 South Dearborn Street, Suite 800
    Chicago, Illinois 60603
    Telephone: (312) 422-0900
    Facsimile: (312) 422-0909
    E-Mail:   mark.boyle@dbmslaw.com
                 karen.degrand@dbmslaw.com

    Blaine H. Evanson    *Admitted Pro Hac Vice*
    Gibson, Dunn & Crutcher LLP
    3161 Michelson Drive
    Irvine, California 92612
    Telephone: (949) 451-3805
    Facsimile: (949) 475-4768
    E-Mail:   bevanson@gibsondunn.com

    ***Attorneys for Defendant Ford Motor Company***

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2020 the foregoing was filed with the Court using the ECF system, which provided electronic service to the following:

David Porter
Law Office of David Porter
33 N. LaSalle Street
Suite 2000
Chicago, IL 60602
Telephone: (312) 236-1207
E-Mail: dporterlaw@ameritech.net

Karen J. Doran
Karen J. Doran, Attorney at Law, LLC
2100 Manchester Road, Suite 1620
Wheaton, Illinois 60187
Telephone: (630) 384-9367
E-Mail: karen@karendoranlaw.com

*Attorney for Plaintiff David Rogers*

/s/ Blaine H. Evanson
***Attorney for Defendant Ford Motor Company***